**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 02-7656**

―――――――

DENNIS SOBIN,

                                Petitioner - Appellant,

        versus

JOSEPH BROOKS, Warden,

                                Respondent - Appellee,

        and

CURTIS HISE; ROBERT ALEXANDER; PRISON STAFF
MEMBERS, Known and Unknown,

                                Respondents.

―――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-01-54-AM)

―――――――

Submitted:  March 6, 2003          Decided:  March 13, 2003

―――――――

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Dennis Sobin, Appellant Pro Se.  Rachel Celia Ballow, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Sobin appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sobin v. Brooks, No. CA-01-54-AM (E.D. Va. filed Sept. 4, 2002, entered Sept. 5, 2002; filed Oct. 15, 2002, entered Oct. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED